UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIVED IN CLERK'S OFFICE
DATE 06/01/2022

OAK-HEE KIM,

     Plaintiff,

     V.                                                    Case No.

NEWTON HOUSING AUTHORITY,

     Defendant.

## COMPLAINT

### Parties

1. The plaintiff Oak-hee Kim is a resident of Newtonville, Eastern County, Massachusetts and a citizen of the United States.

2. The defendant Newton Housing Authority is a public entity of Newton Highlands and a citizen of the United States.

3. The defendant Amy Zarechian is a resident of Newton Highlands and a citizen of the United States.

4. The defendant Tony Pugliese is a resident of Newton-Highlands and a citizen of the United States.

5. The defendant Steve Tocci is a resident of Newton Highlands and a citizen of the United States.

6. The defendant Lis Hogan is a resident of Newton-Highlands and a citizen of the United States.

(1)

7. The defendant Lisa Domenicucci is a resident of Newton Highlands and a citizen of the United States.

8. The defendant Harvey Alford, a lawyer of Newton Highlands and a citizen of the United States.

9. The defendant Christin Long is a resident of Newton Highlands and a citizen of the United States.

10. The defendant Cherlene Reyes is a resident of Newton Highlands and a citizen of the United States.

## Jurisdiction

11. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331.

## Facts

12. The plaintiff, handicapped; extreme chemical sensitivity; my doctors, Susan Korrick, Christopher H. Fanta; Denise M. Buckley; Brigham and Women's Hospial (BWH) (2012-20-21), lettered to Newton Housing Authority (NHA) identifying my special housing needs for avoidance; only available remedy for my MCS situation; requested simple sand use to control ice during the winter months, etc. Also, I wrote letters to NHA asking simple sand use to control ice; rather, NHA patented the most malignantly toxic chemical products (MMTCP); the Peladow pellet or powder, moistening by gasolin, chlorin, etc., and mixes with Road Salt (RS), NHA obtains freely from City of Newton Public Works (CNPW); making Peladow pellets be soft can release sticky chemical components; mingles well with harsh RS to fool me, etc. If not, when just Peladow and RS uses; it separates; and Peladow pellets be seen; the NHA's exertion to cause Ma-

licious Injury to my MCS situation to be exposed unwarily for my Irreparable Injury, as a burned a like person/chemically injured person, (2007 – intensified, 2013–). Therewith, the units, R3A, R3B, and other tenants' foul mouth with shrew, shrieked at me, "You mentally ill foreigner get out of here, go where you belong, 'you refuge doing nothing, just waisting tax payers' money, etc.'" Then sprayed a strong cleaning (?) chemical products including insecticide in hallways intended to injure me. Thence, I requested NHA's intervention for my handicapped's accessible housing had been neglected by NHA, thus, I made request for mediation by City of Newton Human Rights Commission, (2010). Thence, the NHA, en route to retaliate my tenancy be discouraged, because I receive rent adjustment (Benjamin Palmer, "HUD pays and still you are eligible for accommodations." The rent adjustment request I made, NHA refused, thereby, Henry Kettel, HUD asked NHA to do so, (2007), then NHA unhappily allowed me.), deprived my handicapped's any rights, and tenants who pay full amount of rent, the NHA secures their any rights.

13. The rent adjustment I recived, I appreciate; saved Medicare and Medicate, yet, caused me prey to morbid fears, lowest class person, etc., by NHA's engagement of unlawful discrimination, that I must expose to toxic chemically laden environment for my toxic induced loss of tolerance (TILT)/neurasthenia, etc., as a beaten up person. That for my severe posttraumatic syndrom disorder (SPTSD) been worsening, yet, I was dragged here to there by NHA and my immediate tenants, I was in street as a homeless person, collapsed me onto the ground. That my dried mouth ready to swallow, anything unconsciously, then coming back chemically laden place with screeching neighbours, I wished to fly away from what will be next.

15. Thereunder, the NHA's palparable rancor, "Move or be injured by toxic chemical exposure unavoidably!" The NHA inteded to my winter season be surrounded by toxic environment; the snow/ice melting chemical products; people's shoes bringing onto the surface of the floor/stairs, thickly staining; and my indoor chemical exposure to be feeling ill. Thence, my concomitant chemical/food intolerance, the NHA should aware of my food items being limited; any kind of spices, even a salt, I cannot use for my food; and I survive eating several tolerable food (freshly cooked only), is my life.

16. Not enough by unit 23A's daughter moved in late night with heavily drugged, (May 2012); the day and night upheaval; smoking in and around 23 Walker St.; fed animals and birds unboundly; animal droppings, dust, feathers to my balcony and my living room; all kinds of food thrawn onto the landscape day and night; fouled in and around 23 Walker St. - exacerbated my allergy/MCS, I had to clean up, etc. Then the drug dealers/users appeared/visited unit 23A; smoking; illegal drug making daily; drinking alcohol; strongest coffee brewing with alcohol added; police officer, picking up the needles from the back of the 23 Walker St.; strongest personal care products use; strong chemical spraying to strike me; the MMTCP use; and defendant Tony Pugliese (TP), maintainer, NHA enticed unit 23A's daughter and other tenants to retaliate me based on my MCS to be injured inextricably ————

17. The unit 23A's daughter's dramatic act; verbal assault/accusation fiendishly against me; the five-year-old girl, "Mommy, Oak-hee did this/that, mother, 'tell her to go to mental hospital!" The daughter, "I like it, I must have it, mother, 'my daughter likes it, she must have it!'" Then other times, acted up as a gangster with leather jacket on, as a man; she liked animals and insects; she putted something at my kitchen entrance door-step-under-neath carpet, and suddenly the ants invaded my entire unit, even to my bed, bathroom, scared me for nightmares. Thence, my daily life with extreme physiological disorder; TILT, etc., by smelling alcohol; illegal drug cooking odor; smoking odor, etc., further disabled me as a drunk/drugged painfully by my environmental illness, etc. Yet, defendant Amy Zarechian (AZ), NHA ignored, preferred unit 23A people's any right to use and enjoy a dwelling and common areas of the Horace Mann Complex (HMC), and my MCS situation be immersed in hostile environment. That allowed unit 23A people's entitlement, invited themselves harassed me with out of bound, and that for my daily horror/terror.

18. Here I exemplify defendant Amy **Zarechian** (AZ)'s patern of practice, who demanded me to call Alie Markovitz (AM), NHA about rent adjustment I requested, June 14, 2012. I called AM, AZ held me about 15 minutes, and I had to hang up because I used Markus Henrich's work phone, I, limited use, June 15, 2012.

19. On June 21, 2021, I expressed my concerns to AZ on the phone; the unit 23A's daughter moved in (5/12/2012) with illegal drug activity, smoking, etc.; and AZ, "Give me in writing!"

I wrote letters to AZ, (6/21/2012, 6/22/2012); left many messages to AZ's voice mail been unresponsive; rather AZ perversely preferred to let unit 23A's daughter, et al. use and enjoy a dwelling and common areas of the HMC, and discriminated my handicapped's equal opportunity to use and enjoy a dwelling and common areas of HMC.

20. I received letter from AZ, (9/24/2012), the envelope franked unduly, (6/19/2012); and the typed letter dated, (6/19/2012). This presented NHA's unlimited power to deceive me; AZ's intent of indignity against me as had been; and the matter AZ stated, resolved, (6/16/2012) by AM, NHA - The AZ's hostile intrigue irrelevantly composed contrary above no.19, answer.

21. On (6/12/2010), Jason Ceron (JC), maintainer, NHA, when unit 23A complained because I asked her not to use chemical products in hallways as she sprayed insecticide, etc., for my TILT. Then JC ferociously, "She and I can use here. (stepping his food onto the floor) any kind!" Because NHA refused to accommodate me, and I was trying to ask unit 23A to stop using such chemical products.
Then on (1/23/2013), 2:40 PM, JC placed Peladow, snow/ice melting chemical product, I have been exposed to be chemically injured person since (2004~), and I had to walk over the sticky Peladow at the elderly and disabled housing surface of the ground. While there, no snow/ice to melt, but I had to expose fresh chemical product placed right before arrival to Brooks Ave. parking lot, and that was more injurious to my physiology. Thus, Peladow stayed dry for days outgasing toxic metallic air made me asthmatic, and felt too ill.

22. On (1/24/2013), defendant AZ told me, "Sand will be used only around your building!" That toxic Peladow chemical, snow/ice melter/Road Salt (RS) are not rock, and using next to sand even if used, the Peladow/RS molds sand to lose its moisture absorbtion; contaminates sand's natural property becomes a toxic against my MCS situation. That was AZ, NHA's refusal with evade arrest, evade responsibility contrary my needs of avoidance, only available remedy to my MCS; untreatable illness, etc.

23. The Peladow and RS releases moisture more quickly when contacts with snow/ice; the toxic chemical components' outgas persists in the air [POTENTIAL HEALTH EFFECT]: Primary Entry Routes; inhalation; my allergy/MCS, minutely by minuscule dose of smell, ea-

ten, touch, etc., etc.; injures my neurology/physiology; requires avoidance, etc. Yet, defendants engage unlawful housing practice, discriminates my handicapped, MCS be further disabled, because I receive rent adjustment meets accommodation needs by Jonathan L. Hacker, former executive director, NHA (2007~), and AZ carries on to refuse my requested accommodations for my avoidance necessity.

24. Rather defendants, NHA impends, my toxic chemical exposure be inescapable, intent to discourage my tenancy be retaliated until I move out, that can cease giving me rent adjustment has been defendants' aim against me; handicapped with untreatable illness; my concomitant chemical/food intolerance becoming greater; survives with several tolerable food eating without any kind of spices add; and I am defenseless against NHA.

25. The *sand* will be used around your building by AZ, (1/24/2013), rather newly patented chemical mixture; MMTCP, *see* paragraph 12, above p. 2, the Peladow pellets be softened by gasoline, etc., use; becomes sticky; and easily mingles with RS to trick me; yet, the RS bleaches; RS texture less harsh; and incompletely flattened Peladow pellets be seen?:
(A) The unit 23A people supported defendants, NHA to retaliate me by defendant TP's ill will, intentionally used above MMTCP; Peladow, RS, etc., to relapse me, because I stopped giving him special food, expensive waters, etc., by my fear of such strange person's trick, frightened me for my *neurotic disorder*, I, impulsively; hi! Torry, and gave him foods, etc., hopping him to be a good maintainer. Then I had to withstand tenaciously against TP's unlawful act, that made TP intolerable, bestirs his Malice intensely against my MCS situation be further chemically injured state——
(B) On (2/3/2013), 4:30 PM., strong chemical odor emitted into my unit ensued me *a stroke of luck*; illegal drug making odor from unit 23A (my below)'s kitchen; I had to open my kitchen window; then suddenly just sprayed at front entrance hallway very strong chemical product, led me to open my balcony door unwarily. There, TP scooping out snow/ice melte; the MMTCP to surface of the ground be covered; that outgassed strong odor, I had not smell; thus, I felt toxic metalic taste in my mouth. The Peladow outgasses st-

rong chlorine, metalic odor sharply persis in the air, yet, added gasoline, etc., and RS., to produce foul odor, I had have been breathing for my TILT, skin disorders, etc., just to be ill. There, no snow/ice to melt, but the MMTCP covered/covers surface of the ground letting stay dry intentionally to injure me, and that toxic environment invaded/invates me ——

(C) Defendants, NHA, aware of my quick reactions to freshly used chemical products when I expose to by my requests not to expose me to Peladow, etc., and that encourraged TP, et al., NHA; 23A, 23B, and others to exploit my MCS situation be chemically injured unavoidably. As threat of force, move out, NHA's policy against me ——

(D) My reactions, as a jumping frog; screaming; my burned a like skin condition, hives, itch by my cooking smell, etc.; and my life with blood stained clothing, sheets, my hands with inflamation for slit; I had have to press hard **for** dead blood excretion. That for my every winter injury by toxic chemical reexposure, and defendants, NHA's retaliation against me ——

26. Thence, my unit, laded toxic metalic air, as well as hallwas, and outside ensued me for thril/throes; my metalic mouth; skin eruption, etc., yet, I had to clean up floors and stairs of 23 Walker St., with neurasthenia/TILT torturously. I wear cotten gloves inside latex gloves for cleaning; yet, it did not prevent my already injured skin (2/3/2013) stated above.; as noted in Peladow safe data sheet for health effect on for the controlled people.; contrary to my MCS situation, minutely injures me. Then when I opened front entrance door, the knife-sharp metalic air thrilled me.; my eyes viewed Peladow, which discolored RS be shown, purple spoted color by the Peladow's chlorine component; and I became as a chemically beaten up state, this, salt and sand been used? That my observation, right in front of entrance door outside; I saw golf ball size round shape; slit in the middle, as coming a part shown unflattened Peladow pellets; the cause for my skin disorders; hands, arms, and part of body as stated, at the above (D) as was in the throes of while smelling and cleaning up the greasy gasoline dissolved Peladow pellets stained surface of floors, stairs, door, and

(8)

half down first floor walls; required for repeated cleaning to remove white stain since (2/4/2013). The TP's misdeed to retaliate my handicapped MCS.

27. On (2/5/2013), I complained to defendant AZ, she mumbled, "Will investigate!" Then (2/10/2013), the defendant TP and unit 23A's daughter, dittoed (2/3/2013) scheme to injure me maliciously.

28. On (2/11/2013), my complaint to AZ, she furiously scoffed me, "We accommodated you by salt and sand got it from City of Newton!" Dr. Susan Korrick and I requested, NHA use simple sand since (July 2012) by my TILT, etc., and my ill health need avoidance from toxic chemical, etc., exposure. Nor the City of Newton ever use salt and sand onto their roads. The NHA's absoluteness abuses elderly/disabled housing complex road be covered by toxic chemical products, or melt snow/ice, making uneven spots, flooded/puddled, letting those elderly have to walk over such road, and those who are in wheel chair have to roll over such road? Yet, NHA receives federal funds for the low income disabled tenants' housing, while refusing my requested medical necessity accommodation?

29. I received letter by AZ's false entry of fact, (3/1/2013), "Specifically you requested ... we use salt and sand during snow and ice removal rather than ice melt mixture." The NHA determind ... will comply ... your request and use only a mixture of salt and sand at entrances and walkways around your particular building...." "We begun using this mixture of salt and sand around your building during recent snow storms."

30. I made complaint to Housing and Urban Development (HUD), [42 U.S.C. 3601, et seq], (5/23/2013), HUD refered [42 U.S.C. 3610(f)] to Massachusetts Commission Against Discrimination (MCAD) (7/18/2013), and MCAD and HUD agreed on NHA lawyer John Egan's false logic based on Misrepresentation contrary Fair Housing Law. The defendant John Egan (JE) negated my requested simple sand use to control ice during winter months, "Other people's safety and health, 'tort claim be asserted,' 'State and Federal anti discrimination laws cannot be construed to impose such an irreconsilable de-

lema on public housing authority.'" (7/12/2013) to MCAD, thence, MCAD carried into effect for the NHA's requisit authority to bestir unlawful housing practice against my MCS situation, and dismissed my complaint, (2/28/2014). Thus, AZ's refusal against my requested *sand* use to control ice forming in winter season, yet, AZ's *a plausible excuse,* "For the other people's safety, 'individual liability issue,' 'people will complaint,' 'the NHA will not use *sand!*'" (2013–).

31. I requested AZ in writing; transfer defendant TP, maintainer to other NHA's property, causes me nerve racking goose bumps, trauma, etc., just too much to suffer by such person engaging Malicious Injury to my MCS situation. For that, AZ responded to me, "For the safety of our 'other residents,' Tony will continue to work at the Horace Mann Property.'" (10/30/2013), AZ used an exact format of effrontry from Harvey Epstein, former executive director, NHA's letter to me, (2/29/2012), who alluded for refusal to my doctor Susan Korrick's request, "Use Rock salt/Halide than Peladow." That was my mistake by being too ill; neurasthenia/TILT, etc.; nor had I expose to Peladow, etc., until I moved to NHA's property, then I understood about the *sand* use, the most safe product I should be surrounded by. I asked defendant Epstein for *sand* use (2010), he shook his head, "Not safe for the elderly!" While operating elderly and disabled public housing, Epstein sent me letter; long listings of what I need to do as his evade arrest and evade responsibility to refuse my handicap, MCS' only available remedy, avoidance from toxic chemical product, Peladow exposure. Thus, AZ carried on Epstein's absurdity with falsehood, and no *sand* use absolutely, because I receive rent adjustment meets NHA's obligation.

32. Then AZ's False Pretense for Affidavit of Amy Sutherland, (12/24/2013), written and pictorial paradox to MCAD NO. 13BPH01420/HUD NO. 01-13-0376-8, that privailed Amy Zarechian, aka Sutherland, et al., NHA with unbounded enthusiasm for unlawful housing practice be intensified, and NHA's privilege discriminated, retaliated, etc., my MCS situation, requires avoidance, rather made me to expose Peladow, etc. As a threat because I made complaint against NHA, and NHA, represented by exorbi-

bitant lawyer John Egan (JE), who wangled grandiosly with expiated Amy Zarechian (AZ)'s letter, (3/1/2013), p. no. 29; (1) "salt and sand" to " sand and sodium chloride; nothing more than salt"; and (2) "recent snow storm" to "since at least the winter of 2012-13, and remains in place for the present winter month of 2013-14."

33. The above no. (1) "sodium chloride; nothing more than salt"? Sodium chloride: NaCl; actually sodium ferrocyanid, contains Yellow Prussiate of soda (YPS); in-organic salt differs with Rock salt/Halide; naturally occurring mineral, mined, comes with impurities differently based on where it mined; and becomes a synthetic a like, too. Though, less toxic if untreated than RS family. The in-organi salt (RS), Peladow, etc., being used next or with sand, de-activates sand's moisture absorbability and its purity by RS/Peladow releases moisture and moistens and contaminates sand to become toxic in the air. That, too detrimental to my health, and I felt better when walked over the sand only used surface of the road.

34. The City of Newton buys bulk Road Salt (RS) from the lowest betters with different kind of RS; delivers by trailer, contaminated by place to place; unprotected, etc.; and those are including Peladow, snow/ice melter; commercial and industrial use. Yet, defendants, NHA went further to patent own unregulated the most malignantly toxic chemical products (MMTcP), pretending to melt snow/ice, that intended melt my brain to be a beggar to be thralled by intruder(s), as well as TP, et al.'s effort to move me out, etc.
The manufacturers' safe data sheet explains well for my injury, and that requires argument to claim damages against defendants, NHA's unlawful housing practice?

35. There, the unregulated mixture of chemical products use, where there no snow/ice be melted, but let it stay dry at the surface of the ground, I had have been exposing unwarily; chronic exposure/major exposure to be a chemically injured person. The HMC, elderly/disabled people's housing complex; the snow **MUST** plow/shovel; and must not melt snow by use of chemical products. Yet, defendants, NHA's rule; remove snow incompletely; then uses chemical products to melt snow, the entrances, walkways, stairs, etc.; as a commercial/industrial complex/road/highway surface of the ground; and I believe, violation of ADA/504 ground maintenance requirment.

(11)

36. I mailed, (1/25/2014) my signed Lease Addendum to Karrent Klet (KK), Rental Housing Coordinator (RHC) NHA, and I attached check #126, $93. for (2/1/2014) rent payment via Newtonville post office.

37. I received letter from defendant Lisa Domenicucci (LD), assistant to director Qui P. Chau, and signed with Qui P. Chau's name. I was accused; non-payment of rent issued, (2/19/2014), and I called LD, "We did not receive your mail or check for February rent!" This, defendants, NHA, celebrating AZ's victory against me by MCAD and HUD's prejudice defeated my complaint (2/28/2014). Thus, defendants, NHA engaged retaliation, based on my MCS situation be surrounded by malignantly toxic environment; the Legal Cause for my Irreparable Injury, etc. Then added harassment, conspire to deprive and interfere my any rights, etc., that for my ill health as a Fatuous Person with fright unpreparedly, and I had to obey LD's scheme to fool me:

(i) defendant LD sent me two (2) Lease Addendum to Dwelling for $93, effective 03/01/2013, highlighted by yellow color where I need to sign, and it led me to expose formaldehyde, potassium dichromate (FPD), etc., with strong odor, and I avoid highlighter use/very toxic;

(ii) the other for $96. effective, 03/01/2014, highlighted by green color to expose me, FPD, etc., where my signature required;

(iii) I had not received such mistreatment, also on the yellow sticker noted with green color, and never received two (2) year Lease Addendum to sign;

(iv) I asked LD; do I need to put stop payment? LD, "Yes! You have to!" I frightfully obeyed LD's command, and I putted stop payments; check #126, $93; and #127, $93., (2/3/2014);

(v) Marcus Henricks, Advocates' staff who helped me for shopping, etc., he brought the above my signed papers to NHA, while I waited at his car, but Marcus came back embarrassingly, "The aged woman said, 'signed papers (the above no.36) are on file already; and

(vi) as had has been by defendants, NHA, LD, et al.'s intrigue acted up making fun of my be-being underprivileged, and my signed Lease Addendum, (1/31/2013); defendant AZ unwillingly signed, (4/12/2013); yet, I received, (6/22/, 2013), it should be received Mar. beforehand. That, AZ's acrimonious indignity despising me unwholesomely, and encouraged others at NHA to stir up in active concert to retaliate my MCS, etc., situation been pleasurable to AZ's authority —

38. I blamed KK, she also accused me as I was employed in Cape Cod, etc., mocked me for persecution; I quietly suffered torturously; one after one; and KK left NHA. Then Alycia Auchter-

lonie (AA) succeeded kk for RHC position, NHA, I requested in writing use prior year papers for my rent adjustment by my too ill feeling, difficult to do calculation, writing, etc. For that, AA ignored, received $251, my share of rent payment per month. Thus, I paid $251. rent for my (3/1/ 2015), I prepared papers; hand delivered to AA, RHC, NHA; received notice for my rent payment retroactive (3/1/2015), for $110. per month, and that could cover (4/1/2015) rent from $251. I paid (3/1/2015); and I did not pay rent for (4/1/2015) by over payment for $141.

39. I received non-payment of rent reminder by LD, (4/16/2015), trembled me, I stated on that notice to NHA, and defendant LD commanded me, "Alycia and Lis said, 'your rent is not finalized yet,' 'you have to pay $110. soon!'" This *an irrational dislike* unspeakably; I already received notice, retroactive, (3/1/2015), for $110. per month, I signed, (3/18/2015); and AZ signed, (3/31/2015). Yet, I paid $220. for Apr./May 2015 rent by LD's force or threat, etc., I felt I was in fog to be *an unwitting victim of fraud* because I am an unwelcomed NHA's tenant without option. Then LD sent me an irrelevant notice for my distress, "Unfinalized my share of my rent, effective (3/1/2015) for $110. ? Also, my over paid $141. from $251. I paid for (3/1/2015) rent? In addition, AA refused or AZ disregarded my claimed medical necessity item, I requested for my rent adjustment been ignored, and AA left NHA.

40. The defendant Alex Weiffenbach (AW), RHC NHA sent me a form, that required my signature, and I attached check #198 for $184. for Mar./Apr. 2019 rent payment in separate envelope; and addressed to director of finance, NHA, (2/19/2019) via West Newton Post office. Again, LD sent me notice, (3/15/2019), non-payment of rent, and the white envelope lined on both side by red color:
(1) I called defendant LD, (3/20/2019), LD's officiousness tortuously commanded me, "Check your bank it cashed, and let me know!" Intimidation again scared me as I putted stop payment by LD's command, (2/3/2014), and thankfully I was telling to me, be yourself;
(2) Hannah, NHA answered my call, (3/21/2019), "Oh, Lisa will be in next Monday, she sends out notices to people for rent due!" Supporting LD's misconduct;
(3) I called NHA to check with defendant AW, whether she received my mail, mostly answered by defendant Lis Hogan (LH), who acts up as a commander in chief, and I had to obey her not to be retaliated by LH, et al., from NHA employees. Yet, AW answered; AW received form I sent to her;

what about my rent check I attached, <u>see</u> par. 40, <u>above</u>? AW, "Lis opens mail, 'oh, you re-write the check and send to us!' 'Lis does'nt remember the check!'" This, defendants outwitting to retrace the above p. (12) nos. 37-39;

(4) on (3/25/2019), I spoke to defendant LH over the phone about my check #198, $184. I sent for my Mar./Apr., 2019 rent payment, and LH, "We receive 400 checks blabbing, 'we don't have time to retaliate Oak-hee's check!'" I asked LH; do I need to re-write the check? LH, "No, Lisa is working on it!" That, LH's unveiling alibi; my check #198, $184. was not within 400 checks; I paid in a-dvance, (2/19/201); as AW said, all incoming documents and mail, handles by defendant LH; who a-based me with manipulation, pursuing defendants, AZ, LD, et al., NHA, engaging unlawful retalia-tion; based on my disadvantage as an imbecile person, expecting me to be a docile for their preeminence.; and that has been defendant's opportune meeting to dupe or exploit me; and

(5) then the unceasing mockery of defendant LD, "Pay the rent for $180., I won't take you to court, 'but you will receive notices until you pay!'" It caused me pang, etc., to avoid such grimly illicit person's intimidation, and I rushed to pay check #200, $184., (3/28/2019) by mail to NHA via West Newton Post office, 10:30AM. The defendants, NHA's unbridled misstep; exposing me to the MM-TCP, etc., for my chemical injury, etc., because I receive rent adjustment (HUD) pays, I made comp-laints against NHA, thence, I have been intruded by deffendants set out to retaliate me; move out.

41. I requested transfer unit 23A people to other NHA's property since my Allergy, MCS, etc., cannot move around by too much reasons with worsening health since (9/5/2014) periodically, yet, de-fendant AZ, NHA ignored

42. On (10/21/2014), my complaint to AZ about unit 23A's daughter, et al.'s smoking, etc., more in-tensely in and around 23 Walker St., and other fiendish acts to detriment my health. Also, my many written letters to AZ been futie, rather defendant AZ scoffed me perversely, "I cannot tell her not to smoke, 'you can transfer' or 'mediate!'" That, AZ's insidiouse intent eluded against my being MCS sufferer requires mediation with heavy smoker, illegal drug user, etc., if not move? Thus, AZ, NHA's refusal, preferred unit 23A people's rights be reserved, and emphasized for my my unreserved rights be deserved.

43. On (11/21/2014), I frightfully called NHA about 12AM fire alarm on; burning smell strongly that I never smelled in my life; smoke fogged my unit from 23A's kitchen; three (3) fire trucks came for an hour, etc. Thence, I with horror sleeplessly smelling, stench for days with suffering, yet, ka-

thryne Fartherland (KF), NHA Applican Sepeciallist, "That's not emergency, 'apply to other Housing Authority,' 'and move out!'" That, resembles with AZ, p. (15) no. 42, AW, (6/17/2021), move to other unit to avoid unit 23A's dog; I expressed; such preference, violation of my handicapped's public housing rights; that imputed to my Federal housing lease violation for eviction, the cause for Civil Action No. 21-12078-LTS, (1/3/2022); unless, I obey defendants, Alex Weiffenbach (AW), Stuart Alfords (SA), NHA's scheme as lawful; and be suppressed by AW and SA's demand. As have been injured by defendants, NHA's cutting remark, chemical assault malignantly; un-knowing what will be next; yet, defendants, AZ, AW, and SA, NHA, encourged unruliest unit 23A people, as well as present 23A, use and enjoy a dwelling and common areas of HMC, and disqualified my handicapped's medical necessity accommodation for my avoidance; remedy.

44. The NHA's authority, defendant Lis Hogan (LH); as a commandant officiously forceful demand, "Do what I said!" If I resist, LH's cutting wind against me; and expected me to be a thoughtful, as I had been to be duped such as pp. (13)-(15) nos. 39-40. Then I started, request to Thomas Turner, CEO, and Gölhez Tabatabai (GT), NHA, use simple *sand* to control ice since (Jan. 2016-'17), responde me, "We use salt and *sand*, 'other people's safey,' 'MCAD's rule,' '*sand* will not use!'" With long lis-tings of what I, handicapped must do, and so on been emphasized for my irrefutability. In additio, I requested when maintainer entering my unit; take off the shoes to limit pesticide, etc., bring-ing into my unit; my brittle health reacts to be ill; and my custom practice, I do not wear shoes. LH demande me doctor's letter, I told LH, under FHAA, my written accommodation, sufficent, not requiring doctor's letter, and many my doctor's letters requested, accommodations based on my M-CS situation, the defendants, NHA ignored/refused.

45. I wished GT, NHA's eyes to see my submitted pictures of the surface the HMC ground covered by Pe-lajdow moistened by gasoline, etc., mixed with available RS, the NHA's refusal to discriminate my handicapped's accessibilities. Then hocused its falsehood, "We use salt and *sand* mixture" when and where? The *sand* absorbs moisture; saves labor and waste and for clean environ-ment; my medical necessity accommodation requested since (2007-). Then contrarily my signed Lease Addendum, (1/6/2019), GT, NHA signed, (1/10/2019), and I appreciatively received earli-est than from June of the year by AZ, NHA reluctantly gave me.

46. Defendant Tony Pugliese (TP), senior maintainer, NHA entered my unit for work order with smells; strong alcohol, smoke, etc., since (July 2009); I reported to NHA receptionist, "Give us in writing." Yet, my deepening fear with tremble, could not invite TP's Malice to injure me; more TP's bizarre behavior exhibited to me, and that caused me *adnauseam*. Because of my being insecure, I become a docile mawkishly, and I try to please people giving them food, etc., TP and other maintainers and neighbours. That gave a wrong ideas to TP, contrary to my hope, TP be a good maintainer; yet, he was a abusive person; he fixes things incompletely to revisit my unit for food, etc.; TP never plow snow completely and unplowed snow melts by Peladow, etc.; and parking lots and stairs, just melts by Peladow, etc. The rubbish dump area been unspeakable, etc.

47. Then TP was acting up to cover up his patented the MMTCP, pp. (2)(7)(8)(9) on; TP was loitering around to my in and out timely triggering me to obey his gruesomeness; where I walked by or where my ride was waiting; and so on. On (2/6/2013), 9:05 AM., on my ways to Brooks Ave. parking lot, my ride, waiting for me; and I had a gabage beg to throw away. There, in front of community room, TP was loading Road Salt (RS) from the bin to his cart, glancing at me, frightened me, and I hastly ran to other route towards rubbish dump. Again, there shockingly TP, standing for my loss of tolerance (LT), numbed me, TP, uttering outlandishly, "You like rock salt!" Pouring RS from his cart to right before my feet, shoes on, not even a rock salt, and TP's both hands held cart. TP also worn first time, baseball cap colored; top black and brim, mid grey; black jacket worn, light and shiny fabric made. Then I consciously; *sand!* I ran to my ride with *adnauseam*, etc.; and TP's unceasing scheme to relapse me, appearing in various ways to distress and disturb me. Because defendant AZ, NHA's acrimony and disservice, allowed TP's misdeed against me to be, and I requested; TP cannot enter to my unit (2014–).

48. On (2/13/2013), 11AM., my coming back to my unit from Brooks Ave., TP, pouring deicing chemical products at the Brooks Avene entrances, etc., on sunny day, and I quickly ran by ill feeling. Then I came into my building back entrance unknowing TP was behind me, and I saw TP pouring RS from the cart to my entrance, where there no snow/ice to melt on sunny day. I opened door, shouted, *sand!* TP, mumbled and left my entrance, I removed RS from my entrance, and total waste, NHA practices to retaliate me.

49. To limit my injourious living, I complained to HUD No. 01-13-0376-8/ MCAD No. 13BPH01420,

(5/23/2013) against NHA, included TP, NHA's unlawful act against me. Thence, TP asked my immediate and surrounding neighbours, use strong chemical products to retaliate me:

(a) on (7/10/2013), wherever I walked by in HMC been pesticidal since then;

(b) strong chemical products, perfume, etc., use/spray in and around 23 Walker St for my flu, etc., became a Asthmatic by the MMTCP, etc.;

(c) defendant TP, NHA and unit 23A's daughter's villain with fervent hatred against me; intensely fed animals and birds day/night to exacerbate my Allergy and MCS;

(d) on (8/6/2013), on my ways to get my mail, I heard TP's voice, I halted, when unit 23B opened her door, TP, "You called office!" The unit 23B, "Yes! 'What can I do for you?'" TP tried to utter, unit 23B, "Common in!";

(e) since then 23B expressed her odium/rancor against me; used strongest perfume; left her door open, the stink emitted my unit; set before the entrance door; placed moth ball at her garden; that interfered my opening balcony door and windows and my needed fragrance free environment; 23B joined with unit 23A people; fed wild birds, right in front of my unit next to 23A people's fed area; produced dust; feathers flew into my unit; drippings at my balcony and windows; those chemically treated by products for my chemical exposure, detrimental to my health; and all added up to a disaster on top of unit 23A's daughter's oddity made messes in and around 23 Walker St.; as well as foul landscape for toxic environment I had to expose; and

(f) those neighbours, far and near my building, despised me with sneakiness supported TP's rancor with defendant AZ, NHA aimed to retaliate me.

50. The NHA under AZ's leadership to be successful to defeat by its lawyer John Egan (JE)'s law, AZ, et al. had has been encouraged for unlawful housing practice to discourage my tenancy at NHA's property. Then (2/3/2013), TP carried on to (12/16/2013), 11:30 AM., the HMC surface of the ground, carpeted by Peladow, RS, etc., injured me, by my MCS situation.

51. Thence, defendant Steve Tocci (ST), maintainer, NHA worked under TP's scheme to retaliate my handicap, MCS since (12/27/2013), 11:10 AM., the path to my building, back side; the stairs, Peladow 5" and RS 5" repeatedly up to my building walkways; entrance, used dust form Peladow, RS, etc., mixture; the pinkish dust form Peladow loaded cart parked in

front of my building in the middle of walkways, I had to walk by with fright; threat to my heal-
th; and I thrillingly *obeyed*. The defendants, NHA's requisit authority to detriment my health, and
I unwanted to breath toxic air and view toxic scene. To the contrary, defendant Steve Tocci (ST),
throwing toxic deicer towards the end of West side, South side faced 16 Brooks Ave, that, far dis-
tanced from my building where pinkish Reladow dust form loaded cart parked willfully to expose me
fresh chemical product, unlawful act, but allowed as a lawful as long as retaliable against me.

52. On (12/28/2013), TP placing Reladow at the back side of 21 Walker St., handicap entrance timely for
my coming out 9:04AM, but the cart, loaded Reladow next to R5, parked right before my entrance
I had to expose and walk by, and TP intentionally expose me to fresh toxic chemical products k-
nowing that can quickly assault me to melt my brain as had been to be a fatuous reason for
giving or begging to be enslaved.

53. On (1/3/2014), I felt ice on my body; very distressful, etc., then viewed me the Reladow covered
surface of entire HMC ground, that released metallic toxic chemical air; my eyes and nose be-
came runny; neurasthenia; part of my body and hand skin blistered/bled worst by chemical ex-
posure repeatedly; and I felt death be better than being too painful helplessly until Spring.

54. Because my complaint, HUD No. 01-13-0376-8/MCAD No. 13BPH01420; dismissed prejudicially, le-
gitimized defendants, NHA's unlawful housing practice be sustained; let my MCS situation be
further injured by toxic chemical exposure unwarrily; and nullified my grievance, (2/28/2014).
Indeed the MCAD given boundless enthusiasm to defendants, NHA for its immerrance en route
to retaliation against my handicapped, MCS, intended me to move out. Thence, defendant
TP knowing my coming back to my unit from walk-, (1/21/2014), timely throwing Reladow to
the surface of HMC ground, and it was a dusty snow briefly, TP looking at me straight
to relapse me. I minutely reacted to be ill; metallic taste in my mouth and frightful.

55. Then my written requests to defendant AZ, NHA; use simple *sand* to control ice if any;
no responses; and I complained my agony to defendant LH, NHA, "whatever Tony uses to remove
snow and ice is executive order," Tony cannot choose what to use!" That, LH officiously con-
for defendant AZ, NHA's order; "Ice melt mixture, (3/1/2013)," referring to the MNTCP patent-

ed by TP, (2/3/2013) on, yet, AZ's black art, "Salt and sand use only around your building!" When and where?

56. On (1/16/2015), briefly snowed, while sun, coming out, and defendant TP fervidly started earlier than usual, 7AM., scooping out ammonia(?) moistened Peladow and RS mixture to 23 Water St., entrances and walkways first; minutely made me ill feeling, etc. The other building entrances and walkways; scooped out ammonia moistened Peladow only; and let it stay dry for days that I had to breath in stench. Then 8:45AM., right before my coming out, TP hurridly coming back to my back building entrance, I use only, the cart; upper part solidified by moistened Peladow dissolved residue, especially by the Peladow powder form use; TP scooped out Peladow placed on top of already laid mixed deicer onto the surface of my back entrance ground; and TP's feet, shoes on pressed hard to Peladow pellets be shapeless furtively to trick me with cursing remark expressing; this will do to melt my brain for what for whom? Yet, viewed me, unsettled Peladow pellets with RS, also, shown tint of blue color by the Peladow chemical component effected by RS chemical component (YPS?). This requires, expertise for injurious effect on me, in part, MCS.

57. After TP left my building area, I went out to meet Marcus Herricks, Advocates, who took me grocery shopping, every Friday from my already feeling ill, and my eyes could see only white color with sharp metalic air dizzied me, etc., triggered by above stated chemical mixture outgassed toxicity, persisted in the air. There no snow/ice to melt, but intended to melt my brain, and uneven surface of the grounds were puddled:

A. Suddenly, I heard Markus unpleasantly, "Someone was scolding me because of my taking picture!" It shocked me

B. Then while I was taking pictures of toxic chemical products laid on the HMC ground, and from my behind, someone's fierce thunder like shouting struck me, that led my head to follow frightful noise.. Shockingly, there defendant Juan Saez, maintainer foreman, NHA's improper assault, expressing to undermind my public housing rights, because MCAD/HUD neglected my grievance. The defendants, NHA's delirium treated me as an idiot, Juan Saez (JS), "We have to use! ' If somebody fall, are you gone a pay!'" That cause me neurasthenia, etc., in further-

ance, and Marcus and I left the noisome scene, after I tenaciously; will see! JS, "Sure will see!" Not enough, 2:20 PM, I was coming back to my unit from my errand, there, TP freshly placed strong ammonia, etc., mixture to outgas odor noisomely, persisted in the air, and the Peladow pellets were more visible around 23 Walker St. On (1/18/2015), 10:30 AM when I opened my balcony door, there, rottenness in the air, made my mouse metallic and dizzier by undissolved ammonia, etc., moistened Peladow, and RS mixture fould by stay dried on the surface of the around 23 Walker St. Also, toxic strong liquid chemical product poured at in front of my balcony below to injure me.

58. On (2/11/2015), 9:30 AM., for my outing, the stairs to Walker St., where my ride was waiting surprisingly the *sand* was placed without Peladow use, and I was glad the NHA will use sand thereon. Then recognized that the defendants, NHA premeditated, preamble/premonition, expected my pledge to be thralled for the invader's *Iron Hand*, then NHA will use *sand*, if not you must be surrounded by the MMTCP, etc. As I already assaulted by Peladow where, there, freshly used right before arrival to where I visited, and it made me very ill; TILT, etc. Thence, when I came back to the HMC, again, right before my arrival, defendants TP and ST, maintainers, NHA placed moistened by chlorine for Peladow be strongest, intended to black me out to retrive (2008) episode, TP, et al., bestirred to injure my any rights, but it led me to beg for enslavement, I later withstanded. By my second exposure in a row, the TILT; metalic taste in my mouth; metal air-throbbing my body; my trembly walk over the Peladow, etc., unavoidably with a h h h h! To be chemically injured state; the defendants, NHA constituted to unlawful housing practice to enslave me; and this alone can "expose" its unlawful Assembly en route to retaliate me until I will be under invader's possession !

59. Based on my handicapped, MCS, requested as for my medical necessity; use simple *sand* to control ice; yet, defendants, AZ, et al., NHA arrogated as an explosive weapon alike; danger to other tenants' safety and health; and contradicted reasonably accommodated policy under the FHAA, and so on. That defendant AZ told her inexpiable policy to HUD Public Housing Officer Henry Kettel, (Jan. 2014), "I will not use *sand* for the safety of our residents, 'individual liability issue,' 'people will complain!'" Thus, AZ, et al., NHA deprives my handicapped's equal opportu-

nity to use and enjoy a dwelling and common areas of NHA's facility for the other residents' safety and health preference, NHA's rules and policy, (2007~).

60. I lived, State funded elderly and disabled housing complex; when snowed, maintainers were not powerful as defendant TP, et al., NHA; maintained property responsibly; shoveled snow quickly; often sprinkled *sand* to control ice forming; maintained landscape themselves nicely; and rubbish dump area, clean, one could not see garbage outside of dump, etc. While, NHA maintains HMC; poor landscape by contractor, shared TP's scheme for half done job; filthiest rubbish dump area lays garbages, etc., sordidly on the ground, TP ignored, but TP's power good at throwing the MMTCP, etc., to melt my brain; dump doors leave open, outgassing rottenness be persisting in the air; flies flying around, etc. Often, NHA been used special fancy truck, driving back and force releasing RS on top of the snow to be flattened at night; and RS melts snow during the night. If not, TP, incompletely removes/plows snow; entrances; walkways; rubbish dump areas; and stairs. Then pours or throw Peladow, etc., mixture, the MMTCP to melt snow at the elderly and disabled housing complex, because defendants, AZ, TP, ST, and others, NHA, who allowed unlawful housing practice for Nullity?

61. On (8/5/2014), I requested Newton District Court for restraining order against unit 23A's daughter's illegal drug activity, smoking, etc., with violent outburst fiendishly tortured my physiology. The Court, "Not in law and housing provider needs to resolve!" While defendant AZ, NHA preferring unit 23A people; white; paid full amount rent; and they had right to use and enjoy a dwelling and common areas of the NHA's facility against my handicapped's housing rights.

62. The unit 23A's daughter loved animals including insects; my unit, invaded by various insects; among them ants; all over in my unit; kitchen cabinet drawer, someone putted oats I do not eat; to my bed from my kitchen entrance door-step under the carpet; on (12/6/2013), 8PM, I heard unit 23A's kitchen door closing, tingled me by its hardly use; I opened my kitchen entrance door; there a strong garlicky smelling chemical product been sprayed onto the carpet before my door; then (12/7/2013), 2PM; before my kitchen door, invaded by ants coming out from underneath carpet into my unit, stated, p.(5) no. 17. Then (8/26/2014), 9:24 AM, unit 23A's M-alice, while I was passing by 23A kitchen side, suddenly chemical product spray onto my face

(53)

and upper body parts; my mouth persisted metallic taste; I, somewhat with neurasthenia, etc., frightfully; I had trash on the way to rubbish dumps; she, happily walking by me smiling for her success; from her attempt to spray chemical products through 23A windows, bedroom and bathroom to me been missed to injure me; and I with ill feeling, reported to defendants NHA staff, such malign assault again-st me by unit 23A daughter's mischief. I had to pram around pund away from tortuous environment; I could not fend off from forced imprecation by NHA.

53. On (3/18/2015), a newfangled stench noisomely emitted to my unit, as my routine, I opened my door without my head out; I sprayed white distilled vinegar (WDV) onto my door step area with my blurred vision before I could do my door-step to spray towards the open spaces; whatever no object be seen, etc. It was a straight spray and kind of misty spray I use, but sprayed more since unit 23A's daughter moved in by too many much stink-kingness intruded to hallways and my unit. Because of my neurasthenia/TrE, etc., occurrence; I am unable to see well or focus well, etc., consciously, while I do the task by different exposure take place; very complex syndrome, ineffable; by my English level; and limits my function requiring to live with ascetic life style by too ill feeling. That also requires medical necessity self-defense; avoidance must practice; very difficult to do; and I suffer quietly. Then I heard someone calling my name surprised me, unconsciously my head followed voice with blurry vision, there, 23A's daughter gunny set on top stairs of first floor; she-

(2) I sprayed straight, untouchable to her any part of body thankfully, yet, it led her to smell as I had been sprayed after; I cleaned hallways to control foul odor and mold spreading. That my daily con-flict, spraying WDV against smoke, illegal drug making, etc., odors; my medical necessity remedy, and resulted malign gossip against me;

(b) I also had to buy air purifier to clean up the stench, yet, it did not clean up the toxic airy too, much and strong; vacuumed frequently by my too ill feeling; immersed in toxic environment; I had to clean up in and around 23 Walker St., I felt poisoned; and unit 23A daughter (23A's D.) night away fouling and slumming; I felt living in ghetto;

(c) if I knew, unit 23A's D., was there, I dare not to open my door to face such outlandish/outré person, and I never seen her there nor expected her to be there;

(d) my spraying bottle, not big as a commercial use, and discharges mistly. That, unit 23A mother and daughter aware of my unresponsiveness when they bang my door by my broom, I keep on the rig-ht side of my door with yell, etc., to curse me:

(22)

(e) I always run when any of 23A people opens their door while I was cleaning hallways or checking my mail by my trembly fright; goose bumps, etc., disabled me; and my allergy and MCS alone difficult manage, tangled me in violence. Yet accused me for culpa;

(f) Being Asian, abused by white ladies prior to such matter, and I was frightened by white old ladies; that allowed defendants, NHA, units, 23A and 23B tenants, invited their entitlement deg-raded me; as I was their drum; and I gave them special foods with yes. Then I started to avert old ladies' delusive remark against me; I tried hard not to entertain such people's irrationality;

(8) then unit 23A's D, moved in, used me as her drum, machine pan to vibrate my floors; bedroom, bathroom, and kitchen. A loud talking at night, drugging, smoking, and so on since she moved in and so many incidents for my tumultuous nightmare; and

⑨ that had been my daily adversity, defendants, AZ, et, al, NHA let unit 23A people be pri-vileged; as an allusive eviction to me; surrender to be enslaved; if not, be retaliated.

64 On (7/31/2014), unit 23A's D., throwing food onto the lawn as her animal farm, I was standing in f-ront of second floor window, and I quickly push down window for closing to avoid detergent, etc. Then 23A's D., with her red face shimmeringly shrieked her frocity at me, "I am gone a smack you and break the window with your face, the Newton police officer, Tocci M., (8/2/2014) re-corded my report. She continuously taunted me, (12/22/2014), "You bitch! I am gone a break the win-dow and scratch your face!" (12/23/2014), while I was in my balcony, 23A's D., right in front of my balcony across, 23A's D. smoking at Walker St, side walk, and her middle finger up, saying

(?) many episode on been irrepressible by me.

65 On (3/20/2015), 3:59 pm, 23A's D., smoking right in front of my balcony, I tried taking picture of her smoking habit be evidenced from her denial of smoking in and around 23 Walker St, de-terred me: HUD NO. 07-15-0118-8/MCAD NO. 14BPH03167, "Lack of Probable Cause" (2/24/2015) preju-diced me. There, 23A's D.'s face with white paint I like make up on, smoking straight towards me, and her face shown fervent hatred burst into, "I am gone a kill you! firmly three (3) times, trem-bled, unable to take a picture, called police, and make officers, McNeil and Gow came:

(i) officer McNeil impatiently halted my concerns to express, rather hurridly went down to unit 23A for 30 minutes, and unit 23A people carried on their Malice, (8/26/2014) 9:24 AM to me as my Malice, see p. (22) no. 62, p.(23);

(ii) officer McNeil came with horror commanded me, "When Summons serves, you appear at the court be-

cause you sprayed chemical products to them!" I tried to explain contrary their scheme to evade their flagrancy to injure my innocence, and officer McNeil's prejudice deprived my rights, concerned me such officer's competency; and

(iii) I called police station, asked officer McNeil should listen to me professionally, yet, I was neglected, as had been by other officers; impatient and prejudiced, while listening to 23A people's delusion against me. I went to police station to present my medical records and my being good person, yet, no officers had presence of mind to listen intelligently. Then superviser on duty, "If you call police station, I will send you to psychiatric hospital!"

66. The Court hearing, (4/10/2015), 23A's D., drug free, uttered, "Water!" Unconcernedly, and I presented my written statement to Magistrate Shultz, ignored. Then Magistrate asked me, "Do you want to go forward?" I responded; no! Also, Magistrate asked 23A's D., "How about you?" She responded, "No! It didn't bother me,'' and I don't care!'" Magistrate asked 23A's D., "Can you smoke ten (10) feet away from the building?" She, "Yes!" Yet, she continued her smoking habit in and around 23 Walker St. I asked attended officer Crow (officer McNeil, absent) at the hearing; remind 23A's D., smoke ten (10) feet away from the building as the Court asked her? Officer Crow, "I didn't hear it!" Unmitigated his work duty from the Court's crux based on my concerns by her smoking, yet, prosecuted me to the Court, entertaining unit 23A people's fraud against me because of my race, Asian.

67. Received threatening notice from defendant Harvey Alford (HA), NHA's lawyer, (4/20/2015), stated, "You violated lease specifically VII (H) that you sprayed a product onto the face of Sandra Dolph, which interferes with peaceful enjoyment of her accommodation and can be found to be a violation of the terms of your lease. Expressed my injury, p.(22)no.62, p.(23)?

"The NHA hopes that you will not continue, or repeat alleged assult on Sandra Dolph and that further action will not have to taken."The NHA hopes that it does not have to take any action to terminate your tenancy, but if again, the NHA may have to terminate your tenancy, send you notice of termination." Copy provided to Amy Zavechian.

I responded 13 pages of my rebuttal, (4/22/2015) to defendant HA, yet, ignored to permit unit 23A people, its daughter's privilege to use and enjoy a dwelling, and common areas of the HMC, that defendant HA, NHA preferred to discriminate and retaliate my handicapped, MCS, etc., to be exposed to toxic environment unavoidably. Because I received rent adjustment, etc., limited to ma-

(26)

intain my equal opportunity to use and enjoy a dwelling and common areas of the HMC. Then defendants, AZ, et al., NHA replaced present unit 23A, identical person with prior tenant 23A's D., who ended her life by overdose, thus, defendants, Amy Zarrechien (AZ), Alex Weiffenbach (AW), Ciper S-un (CS), and Stuat Alford (SA), NHA activated threat of force purposefully to pursue the above no. 67, for termination of my tenancy. That as a calculating stymie to Suppress Civil Action No. 21-120-78-LTS, (1/3/2022), and this complaint, resumption of dismissed Case No. 20-mc-91612-FDS, (8/3/2-021). Thereby, as I requested beforehand and I request that this Court, grant the Civil Action No. 21-12078-LTS, (1/3/2022) to be Joinder with this complaint.

68. How much maliciously injured my health daily by smoking; illegal drug activity; toxic Peladow, etc., exposure; my Asthma developed additionally, etc.; yet, threatening me as an assaulter, etc., and incrimidating me to disqualify my tenancy.

69. I also suffer by sick building syndrom by synthetic materials being used in my unit, yet, I did not request NHA remodle my unit, as Dr. Susan Korrick asked NHA with things I need to avoid. I asked NHA at least for (1) two (2) units need for my MCS situation; (2) no toxic chemical use at in and around 23 Walker St., use simple sand to control ice in HMC complex; (3) seal the tenants' doors; and (5) no animals feeding, including birds. Also, my needs of financial assistance; products I can safely eat, use, etc., becomes medical necessity; my comparison shopping preparation causes me greater functional limitations by my MCS situation, thus, I requested prior documents been negated and my submitted keas Addendum after I signed with comparision shopping list I barely prepared to NHA. Because of eviction status, I do not receive for 2022-. Besides, whatever I do, based on my medical necessity life style mainance to clean up intolerable environment, yet, defendants, NHA refused to accommodate me, rather compelled me for lease violation, engaged legal action to evict me.

70. Defendant Steve Tocci (ST), maintainer, NHA, I asked him to use non-toxic chemical product use to replace my unit bathroom tile, yet, used strong chemical products used with strong chemical odo, minuteley ensued me, ill effect to be in suffered damages ——:
1. on (11/19/2017), AM., I called NHA left messages many times been ignored;
2. on (11/20/2017), ST., replaced my kitchen sink cold water pipe underneath sink to fix cold water

pressure low, and it got worse;

3. on (11/22/2017), I called NHA since 9:30 A.M., unresponsive from that many calls I made;

4. spoke to defendant Lis Hogan, (LH), NHA, "No one will listen to your complaint, because Steve said, 't-hat's normal!'" I begged LH; can someone come and see the tear dropping faucet. LH, yelled, and hung up on me repeatedly as usual, despised me with sarcasm. I called plumbing company, "We cannot fix public housing property, unless, NHA call us!"

5. on (11/23/2017), I caught ST, he saw tear dropping faucet, late defendant Ivan Santi-ago, NHA tried to find cause from the pipe, and I told them; the problem is in faucet. Ig-nored my insight; rather asked their bose (JS); and advise them open up faucet, there a black rubber piece, in the hole. No apology to me for my days agony, sleepless nights;

6. defendants, ST., et al., NHA grandiosely commands me as I, his/her servant, won-ders me that how many directors are in NHA against me. Because the MCAD dismissed my complaint, that encouraged defendants, NHA's requsit authority to retaliate me, yet, that cannot be subjected to law; and

7. ST., also commanded me, "I fix things are brocken only!" Refused to fix my door handle.

11. Defendant Christin Long (CL), NHA, replaced boiler, energy saver, (2018); my unit hardly heated, be-fore it was much warmer until (2017); that caused me severe coldness shivered my body been to be ve-ry ill, I never suffered; clogged my throat; unable to speak, etc., that:

A. defendant CL, NHA mandated HMC tenants, use some company's light bulb, and company person installed at each unit free of charge. Whatever comes with the unit by NHA's choice, and tenants' lamp, etc., light bulb should be tenant's choice;

B. my building, old; uninsulated; coldness laden heater when removed cover; CL, knowing replaced energy saver boiler with variable heat emission with lower temperature (temp) set up to the uninsulated building where there elderly and disabled live;

C. the boiler, distantly in community room; emits heat through the outside pip to the units; I do not feel that it can maintain temp., as setted up; contrary to insulation necessity around the heater before energy saver boiler use;

D. I had to buy three (3) space heaters; my MCS situation reacts by released fumes, added metal material exposure to my metal sensitivity; that no metal surrounded living area and hot water radiant heat, better tolerated;

(28)

E. mostly 8AM. to 9AM. no heat or luke warm heater; at night, heater, warm or luke warm or no luke warm after (2017); and I have to use space heater to take shower, that I miss warm air emission from heater to control musty air persistense;

F. such boiler, proper at well insulated mordern building, and my complaint to commandant CL, "That's all you get by downstairs get too hot!" I never heard of, but ladies complained being cold, and CL turned off hallway heaters, too; icy coldness to my unit, that used to give us warmth to maintain winter months tolerable; and

G. HMC is not cold-blooded commanders, CL and maintainers, NHA's housing complex; is an elderly and disabled housing, requires heat; that since AZ became a director, NHA hired CL to abuse tenants' need and rights, especially against me. Then CL further retaliated me; I am unable to use air conditioner, repairing my balcony, (7-9, 2019), I could not open my balcony door by to-xic material thing blocked my balcony entrance, had been toxic chemical exposure, etc. I ne-eded ventilation; ensued me as a burned alike person; red skin with hives, etc.; cruel gift to me.

72. I had been asked to defendant Thomas Turner, CEO, NHA; use simple *sand* to control ice, dis-qualify defendant AZ, executive director title, NHA, and Mr. Turner ignored. Rather, let defendant TP exert unlawful housing practice be inexorable against my handicapped, ncs be with Ma-licious Injury, engaged by defendants, Jonathan L. Hacker and Harvey Epstein, (2008), on. Then defendant AZ, succeeded Harvey Epstein's unlawful act to retaliate me; move out, etc.

73. since (9, 2020), I requested, my roof leaking be fixed; almost no heat in my unit; maintainers enter-ing my unit, wear overshoes; as stated by Golnez TabaTabel, forme director of administration, NHA, "will provide shoe covers to the maintenance staff to cover shoes before entering unit." (7/23/2018). Yet, defendant Alex Weiffenbach's trick ignored my requests to reinstate (2021); use non-toxic, non-synthetic deicers (simple *sand*) and chemical products to fix or replace something at my u-nit; and one maintainer, Jason Ceron to enter my unit for work order been contradicted:

(a) I reported to defendant Charlen Reyes (CR), maintenance manager (MM), NHA that my living room out let I mainly use did not work, CR, "Because you asked Jason, maintainer only to en-ter unit for work order, 'and it will take a week to two weeks to fix your outlet!'" CR's into-lerability en route to retaliate me, other MM, never disserved me, but promptly sent me main-tainer whom I asked. I waited two weeks to fix my livingroom outlet;

(b) Jason, maintainer, NHA took picture of my roof leaking spot, (April 2020), no one cared; cold air coming and almost no heat; I called City of Newton Public Health, (12/1/2020); that made CR intolerable, en route to retaliation;

(c) on (12/3/2020), 9:40 AM., someone knocked my door, trembled me for my partial complex seizure disorder (PCSD), etc.; that I was very ill; shivery coldness, etc., by roof leaking; I unconsciously opened door believing as roof specialist's visits to seal the leaking spot. Yet, schockingly, defendant Steve Tocci (ST), maintainer, NHA confidently entered my unit, contrary to my requested ST., cannot approach me in any manner by my traumatization, p. (18) no. 51, p. (27) no. 40, p. (28), and so on. This, defendant CR's power, suppressed me to accept her threat of force based on my handicapped, be further retaliated, because I made distance with AZ, et al., CR, compelling me; do what I say! If not;

(d) then I felt beaten up by loudly hammering hard to the roof above my head many times; made another sets of holes to leak intensely, and I had to call CNPH, then seal the roof. The leaked spot, ungly view did not fix still;

(e) defendant Jeorge, maintainer, NHA treated me as his servant, when I asked him cover his shoes by plastic beg, his foot up for me to put plastic beg over his shoes, and when he was leaving my unit, his food back up for me to take off plastic beg from his shoes. The defendants, NHA's authority, its boundess act up against me;

(f) defendant CR changed her name to CB, Qui Chau (QC), as an acting executive director, NHA, who sent me a notice, because I putted out intolerable things, next before my kitchen entrance door. That, requires my MCS situation, two units for laundry, etc.; and

(g) I responded lengthy explanation, (1/4/2021), asked use simple *sand* to control ice, and give me heat to Mr. QC, NHA. Also, to AX, (7/7/2021), requested simple *sand* use to control ice at HMC, ignored, rather accused me for my Federal housing lease violation to be evicted. Then defendant QC's name replaced by Amy Zaredian, executive director, NHA, "... a mixture of only rock salt and *sand* will be used as a reasonable accommodation to your health concerns.

"In fact, the NHA's accommodation to your health concerns has been found by the Massachusetts Commission Against Discrimination on at least several occassions to be a reasonable one. Because MCAD, dismissed my complaints prejudicially: MCAD NO. 13BPH0142O/HUD NO. 01-13-0376-8: MCAD NO. 14-BPH03167/HUD NO. 01-15-0118-8: MCAD NO. 15BPH00154/HUD NO. 01-15-0199-8

"For the reasons... above, the NHA must respectfully decline this request for a reasonable accommodation. The NHA will, ... continue to refrain from using any chemical de-icing compound in the vincinity of your apartment building." The last note to me, (1/30/2019).

(30)

75. As the reasons stated above, plaintiff prays that this Court relief be granted because plaintiff has Irreparable Injury by defendants' unlawful act, thereby, plaintiff requests for penal servitude against each defendants' Factum including but not limited to for {compensatory damages; damages for sever emotional and physical injuries; consequential damages; punitive damages; interests}, and such other relief on the basis of this Court's decree. Besides, plaintiff requests permanent injunction for, the snow must plow or shovel completely; snow/ice must not melt by use of toxic chemical products, including any kind of salt; and use simple sand only to control ice forming (on top of ice, put sand will soften ice and sand will absorb moisture.) at the HMC, the elderly/disabled housing complex ground maintenance requirment under the Fair Housing Act and ADA/504 Rehabilitation Act., be enforced. Further, plaintiff demands that the defendant NHA responsibly provide copies of my complaint with this Court to each defendants (one cannot elude), otherwise defendant NHA be solely responsible for damages I claimed herein with this Court's further action for Fair Consideration against defendants' evasion.

76. Plaintiff also requests for all file protection be permissible.

77. WHEREFORE, plaintiff demands judgment against each defendants for damages and other relief as this Court deems just.

78. Plaintiff demands a trial by jury.

Oak-hee Kim, "PRO SE"
23 Walker Street, Apt., C
Newtonville, MA 02460
(617) 964-1587

(31)